# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00025-WYD-KHR

**VALERIE JEFFERS,**
**Plaintiff,**

v.

**OCWEN LOAN SERVICING, LLC,**
**Defendant.**

_____

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS
_____

Plaintiff hereby submits her additional proposed jury instruction, which is not stipulated to by the

Defendant.

Respectfully submitted this 19th day of January 2018.

s/ Matthew R. Osborne
11178 Huron St, Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com

# INSTRUCTION NO. __

As of December 2016, Ocwen's 2016 balance sheet reflects assets of $7,655,663,000, liabilities of $7,000,380,000, and a net worth of $655,283,000.

http://shareholders.ocwen.com/static-files/1bb3f1eb-1b57-415e-a951-3fbe73d019f8

Plaintiff's Request for Judicial Notice – F.R.E. 201(b)(2)
Plaintiff's Request for Jury Instruction – F.R.E. 201(f)

## CERTIFICATE OF SERVICE

I certify that on 01/19/2018, I served a true and correct copy of the Plaintiff's Proposed Jury Instructions via CM/ECF to:

Cynthia Lowery-Graber, *Attorney for Defendant Ocwen Loan Servicing, LLC*

<u>s/ Mike Nobel</u>