IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00025-WYD-KHR

VALERIE JEFFERS,
Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,
Defendant.

___

**PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE**
___

Plaintiff requests that the Court take judicial notice of the following facts:

1. Ocwen's 2016 balance sheet reflects assets of $7,655,663,000, liabilities of $7,000,380,000, and a net worth of $655,283,000.

The 10th Circuit has previously held that a Court may take judicial notice of financial earnings publicly posted on the defendant's website. *O'Toole v. Northrop Grumman Corp.*, 499 F. 3d 1218, 1224-25 (10th Cir. 2007). Ocwen has the above figures posted on its website at:

http://shareholders.ocwen.com/static-files/1bb3f1eb-1b57-415e-a951-3fbe73d019f8

Ocwen's financial earnings above are located on page F-5 of its 10K Form[1].

Additionally, Ocwen has publicly filed its 10k Form on the SEC's website, which is available at the following link:

https://www.sec.gov/Archives/edgar/data/873860/000162828017005576/a2016123110ka.htm

---

[1] The balance sheet is in the thousands, which means you add three zeros to the figures.

Courts routinely take judicial notice of a party's SEC filings. *Lindsay v. Wells Fargo Bank, N.A.*, 2013 U.S. Dist. LEXIS 129694, *5-6 (D. Mass. June 14, 2013) ("This court takes judicial notice of the prospectus which is located on the Securities and Exchange Commission's website" (website address omitted)); *see also Deutsche Bank Nat'l Trust Co. v. Adolfo*, 2013 U.S. Dist. LEXIS 122805, at *4-6 n.4 (N.D. Ill. Aug. 28, 2013) ("The FWP [free writing prospectus] attached to Deutsche Bank's brief was filed with the SEC, and . . . we may take judicial notice of it" (website address omitted)).

Federal Rule of Evidence 201(b) states: "A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Ms. Jeffers's request for judicial notice falls under F.R.E. 201(b)(2). Rule 201(d) makes the rule mandatory when it applies: "A court shall take judicial notice if requested by a party and supplied with the necessary information." *O'Toole, supra*.

Ocwen's financial earnings above are not in dispute, because Ocwen created the document and posted it to its website and filed it with the SEC. It is thus capable of accurate and ready determination by the Court by resorting to the website links above.

Plaintiff further requests a jury instruction on the above noticed facts as conclusive pursuant to F.R.E. 201(f), which states "In a civil case, the court **must** instruct the jury to accept the noticed fact as conclusive."

**Certificate of Conferral:** Plaintiff's counsel has conferred with Defendant's counsel regarding this motion, and Defendant objects to this motion.

WHEREFORE, Plaintiff requests that her Motion to Take Judicial Notice be Granted.

s/ Matthew R. Osborne
11178 Huron St., Ste 7
Northglenn, CO 80234
(303) 759-7018
matt@mrosbornelawpc.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on 2/7/2018, I served a true and correct copy of the foregoing via CM/ECF to the following:

Paul Lopach
Cynthia Lowery-Graber,
Robert Hoffman
Bryan Cave, LLP, Attorneys for Defendant.


s/ Mike Nobel