**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | February 8, 2018 |
| E.C.R./Reporter: | Tammy Hoffschildt and Julie Thomas | | |

Civil Action No: **17-cv-00025-WYD-KHR**        Counsel:

**VALERIE JEFFERS**,                            Matthew R. Osborne

    Plaintiff,

v.

**OCWEN LOAN SERVICING, LLC**,                  Robert J. Hoffman
                                                Cynthia D. Lowery-Graber
    Defendant.                 Paul J. Lopach

## COURTROOM MINUTES

**FINAL TRIAL PREPARATION CONFERENCE**

**11:10 a.m.**    Court in Session

    APPEARANCES OF COUNSEL.

    Court's review of the history of the case.

11:17 a.m.    Statement by Plaintiff by Mr. Osborne.

11:19 a.m.    Statement by Defendant by Mr. Hoffman.

**ORDERED:**    Counsel shall meet and confer to discuss settlement.

**11:26 a.m.**    Court in Recess.

**11:57 a.m.**    Court in Session.

|              | Bench conference between the Court and counsel - OFF THE RECORD. |
| --- | --- |
| 12:04 p.m.   | Back on the record. |
|              | Court's further remarks. |
| 12:06 p.m.   | Off the record. |
| 12:47 p.m.   | On the record. |
|              | Court's remarks to parties. |
| **ORDERED:** | This matter is **CONTINUED** to 3:30 p.m. |
| **12:51 p.m.** | Court in Recess. |
| **3:34 p.m.** | Court in Session. Julie Thomas begins as Court Reporter. |
|              | Paul J. Lopach not present. |
| 3:34 p.m.    | Discussion regarding progress made during the recess. |
| 4:02 p.m.    | Off the record. |
| **4:03 p.m.** | Court in Recess. |
| **4:07 p.m.** | Court in Session. |
|              | Off the record. |
| 4:16 p.m.    | On the record. |
|              | Plaintiff's Motion in Limine (Doc. No. 37), filed December 7, 2017, is raised for argument. |
| 4:18 p.m.    | Argument by Plaintiff by Mr. Osborne. |
| 4:26 p.m.    | Argument by Defendant by Ms. Lowery-Graber. |
| **ORDERED:** | Plaintiff's Motion in Limine (Doc. No. 37), filed December 7, 2017, is **DEFERRED.** |
| **ORDERED:** | The other cases shall not be mentioned during trial until the Court makes a final ruling on this issue. |

| | |
|---|---|
| **ORDERED:** | Parties shall file trial briefs, as to the areas addressed by the Court, not later than **Wednesday, February 14, 2018.** |
| | Defendant's Combined Motion in Limine (Doc. No. 43), filed January 12, 2018, is raised for argument. |
| 4:33 p.m. | Argument by Plaintiff by Mr. Osborne. |
| 4:34 p.m. | Argument by Defendant by Ms. Lowery-Graber. |
| 4:34 p.m. | Argument by Plaintiff by Mr. Osborne. |
| 4:35 p.m. | Argument by Defendant by Ms. Lowery-Graber. |
| 4:36 p.m. | Argument by Plaintiff by Mr. Osborne. |
| | Plaintiff's Motion to Take Judicial Notice (Doc. No. 60), filed February 7, 2018, is raised for argument. |
| 4:37 p.m. | Argument by Defendant by Ms. Lowery-Graber. |
| 4:39 p.m. | Argument by Plaintiff by Mr. Osborne. |
| **ORDERED:** | Plaintiff's Motion to Take Judicial Notice (Doc. No. 60), filed February 7, 2018, is **DENIED.** |
| 4:43 p.m. | Argument by Defendant by Ms. Lowery-Graber. |
| 4:46 p.m. | Argument by Plaintiff by Mr. Osborne. |
| **ORDERED:** | Defendant's Combined Motion in Limine (Doc. No. 43), filed January 12, 2018, is **HELD IN ABEYANCE.** |
| **ORDERED:** | Parties shall meet and confer to see if they can come up with a proper scope of what previously transpired. |
| 4:53 p.m. | Discussion regarding evidence to be presented at trial. |
| 4:54 p.m. | Discussion regarding time limits for opening statements. |
| **ORDERED:** | Opening statements shall not exceed **thrity (30) minutes per side.** |
| 4:54 p.m. | Court outlines protocol for voir dire and jury selection. |

**ORDERED:** Each side will be allowed supplemental voir dire not to exceed **fifteen (15) to twenty (20) minutes.**

4:59 p.m. Discussion regarding protocol for jury selection, the number of jurors who will try the case, and jury instructions.

**ORDERED:** Parties shall file revised stipulated jury instructions not later than **Wednesday, February 14, 2018.**

Court's closing remarks.

**5:06 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   2:38**