**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00025-WYD-KHR

**VALERIE JEFFERS,**

    **Plaintiff,**

v.

**OCWEN LOAN SERVICING, LLC,**

    **Defendant.**

## DEFENDANT'S PROPOSED STATEMENT OF FACTS

Defendant Ocwen Loan Servicing, LLC ("Ocwen") respectfully submits the following Proposed Statement of Facts describing the relationship between the parties prior to September 9, 2016 and pursuant to the Court's order of February 8, 2018.

### D.C.COLO.LCivR 7.1A Certification

Counsel for Ocwen has conferred with counsel for Plaintiff Valerie Jeffers ("Jeffers") regarding the Proposed Statement of Facts. Jeffers opposes Ocwen's proposal.

### I. LEGAL STANDARD

Plaintiff seeks to introduce seeks to introduce evidence, argument, and claims made by Jeffers regarding past interactions between Ocwen and Jeffers and past lawsuits between Ocwen and Jeffers. On February 8, 2018, the Court limited the admissible evidence to the specific terms of the settlement agreement at issue in this matter and narrow general statements describing the parties' relationship prior to the September 9, 2016 settlement agreement.

Except for the narrow general statements describing the parties' relationship, other

evidence and argument has no bearing on the facts of this case. References to other litigation or disputes are irrelevant and inadmissible.  *See* Fed. R. Evid.  401; Fed. R. Evid. 402, Fed. R. Evid. 408.  The introduction of such matters and prior allegations may also unfairly influence the jury or unfairly prejudice Ocwen and should thus be excluded.  *See* Fed. R. Evid. 404(b) ("Evidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character.");

## II. PROPOSED STATEMENT OF FACTS

Ocwen proposes the following statement of facts to describe the relationship between the parties prior to September 9, 2016.

- On November 16, 2006, Valerie Jeffers entered into a mortgage loan agreement with American Brokers Conduit;

- The mortgage loan agreement included the execution of an adjustable rate note in the amount of $244,000. Ms. Jeffers was the borrower and American Brokers Conduit was the original lender;

- In addition, Ms. Jeffers executed a deed of trust or mortgage which granted a lien on her property located at 2274 Thomas Road in Parker, Colorado as security for the Note;

- On September 2, 2011, Ms. Jeffers filed for Chapter 13 bankruptcy protection in the U.S. Bankruptcy Court for the District of Colorado.  Her case was numbered 11-31121;

- On March 1, 2013, Ocwen took over as the servicer for Ms. Jeffers' mortgage loan agreement;

- On April 8, 2015, Ms. Jeffers received a discharge in her bankruptcy case;

- On June 11, 2015, Ms. Jeffers' bankruptcy was completed;

- After the bankruptcy was completed, certain disputes arose between Ms. Jeffers and Ocwen regarding Ms. Jeffers' mortgage loan; and
- While neither party admitted liability, the disputes were a part of a settlement agreement

2

11434724.1

entered into on September 9, 2016 wherein Ocwen agreed to bring Ms. Jeffers' mortgage loan account current and correct her credit to report that the mortgage loan account had always been current during the time that Ocwen serviced the mortgage loan.

### III. CONCLUSION

Any additional statements regarding the details of prior disputes between the parties is inadmissible as unfair and prejudicial to Ocwen.  For the foregoing reasons, Ocwen hereby respectfully requests that this Court limit the evidence and argument regarding the relationship between the parties prior to September 9, 2016 to the above proposed statement of facts.

Respectfully submitted this 14th day of February, 2018.

*s/ Cynthia Lowery-Graber*
Cynthia Lowery-Graber
BRYAN CAVE LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone:  (303) 861-7000
Email:  cynthia.lowery-graber@bryancave.com

***Attorney for Defendant, Ocwen Loan Servicing, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of January, 2018, a true and correct copy of the foregoing **DEFENDANT'S PROPOSED STATEMENT OF FACTS** was served via the Court's CM/ECF system, which will automatically send notice of the same to:

Matthew R. Osborne
11178 Huron St., Suite 7
Northglenn, CO  80234
(303) 759-7018
matt@mrosbornelawpc.com
*Attorney for Plaintiff*

                                          *s/ Cynthia Lowery-Graber*
                                          Bryan Cave LLP

11434724.1