**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: February 22, 2018 |
| E.C.R./Reporter: Julie Thomas | |

| | |
|---|---|
| Civil Action No: **17-cv-00025-WYD-KHR** | Counsel: |
| **VALERIE JEFFERS**, | Matthew R. Osborne |
| Plaintiff, | |
| v. | |
| **OCWEN LOAN SERVICING, LLC**, | Robert J. Hoffman |
| | Paul J. Lopach |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 3)**

| | |
|---|---|
| **9:44 a.m.** | Court in Session. Jury not present. |
| | No additional objection to jury instructions and verdict form. |
| 9:46 a.m. | Jury enters. |
| 9:46 a.m. | Court reads jury instructions and verdict form. |
| 10:20 a.m. | No objection to the Court's reading of jury instructions and verdict form with a few modifications. |
| 10:21 a.m. | Closing argument by Plaintiff by Mr. Osborne. |
| 10:45 a.m. | Closing argument by Defendant by Mr. Hoffman. |
| 11:20 a.m. | Rebuttal argument by Plaintiff by Mr. Osborne. |

| | |
|---|---|
| 11:28 a.m. | CSO sworn to sit outside jury room during deliberations. |
| 11:30 a.m. | Jury excused to commence deliberations. |
| | Court's remarks to counsel regarding availability. |
| **ORDERED:** | Defendant's Motion for Directed Verdict (Doc. No. 80), filed February 21, 2018, is **STRICKEN.** |
| **ORDERED:** | Defendant's Combined Motion in Limine (Doc. No. 43), filed January 12, 2018, is **DENIED AS MOOT.** |
| **11:34 a.m.** | Court in Recess. Subject to call. |
| **4:06 p.m.** | Court in Session - Jury not present |
| | Court informs counsel that jury has reached a verdict. |
| 4:08 p.m. | Jury enters |
| | Court reads jury verdict. |
| 4:12 p.m. | Jury is polled. |
| | Court thanks jurors for their service and they are discharged. |
| 4:14 p.m. | Jury excused |
| | Court's closing remarks to counsel. |
| **4:15 p.m.** | Court in Recess - TRIAL CONCLUDED. |

**CLERK'S NOTE:** **EXHIBITS AND DEPOSITIONS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**

**TOTAL TIME: 1:59**