IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL

Date: _____February 22, 2018_____   Case No. _17-cv-00025-WYD-KRH_

Time: _____15:48_____

---

NOTE FROM JURY

---

☐ We, the jury, have a question.
☒ We, the jury, have reached a verdict.
Please write your question to the Court below:

_____
_____
_____
_____
_____
_____
_____
_____

By: __Juror name redacted.__
Foreperson

---

COURT'S RESPONSE TO NOTE FROM JURY

_____
_____
_____
_____
_____

By: _____
Wiley Y. Daniel
Senior United States District Judge