ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00025-WYD-KHR

VALERIE JEFFERS,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

**VERDICT FORM**

---

We, the jury, being duly empaneled and sworn to try the above-captioned case, do unanimously find our Verdict as follows:

**I.**    **Fair Credit Reporting Act Claims**

**Question 1:** Has the Plaintiff proved by a preponderance of the evidence that Defendant *negligently* violated the Fair Credit Reporting Act as defined in Instruction Nos. 7, 12 and 13?

    __✓__ YES          _____ NO

**Question 2:** Has the Plaintiff proved by a preponderance of the evidence that Defendant *willfully* violated the Fair Credit Reporting Act as defined in Instruction Nos. 10, 11, 12 and 13?

    __✓__ YES          ~~_____~~ JRH NO

**Question 3:** If you answered "YES" to Question 1 or Question 2, or both, then state the amount of Plaintiff's actual damages on her Fair Credit Reporting Act claims:

$ __25,000.00__

**Question 4:** If you answered "YES" to Question 2, then state the amount of Plaintiff's punitive damages on her Fair Credit Reporting Act claim:

$ _360,000.00_

## II. Breach of Contract Claim

**Question 5:** Has the Plaintiff proved by a preponderance of the evidence that Defendant breached the contract?

___✓___ YES                  _____ NO

**Question 6:** If you answered "YES" to Question 5, has the Plaintiff proved by a preponderance of the evidence that she incurred damages on her Breach of Contract claim as defined in Instruction Nos. 20, 21 and 22?

___✓___ YES                  _____ NO

If your answer to Question 6 is "YES," in what amount? $ _15,000.00_

**Proceed to sign the appropriate form of certification section.**

DATED this 22 day of February, 2018

Juror names redacted.