*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

## BILL OF COSTS

| **United States District Court** | DISTRICT | **DISTRICT OF COLORADO** |
|---|---|---|
| Valerie Jeffers | DOCKET NO. | 1:17-cv-00025-WYD-KHR |
| v. | MAGISTRATE CASE NO. | |
| Ocwen Loan Servicing, LLC | | |

Judgment having been entered in the above entitled action on **February 23. 2018**

against **Ocwen Loan Servicing, LLC**        the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | | |
|---|---|---:|
| Fees of the clerk | $ | 400.00 |
| Fees for service of summons and complaint | $ | 45.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 1,333.25 |
| Fees and disbursements for printing | $ | 177.24 |
| Fees for witnesses (itemized on reverse side) | $ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | |
| Docket fees under 28 U.S.C. § 1923 | $ | |
| Costs incident to taking of depositions | $ | |
| Costs as shown on Mandate of Court of Appeals | $ | |
| Other costs (Please itemize) | $ | 255.00 |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

|  | TOTAL $ | 2,210.49 |
|---|---|---:|

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney        s/ Matthew R. Osborne

| Print Name | Matthew R. Osborne | Phone Number | 303-759-7018 |
|---|---|---|---|
| For: | Plaintiff Valerie Jeffers | Date | 3/8/2018 |
| | Name of Claiming Party | | |

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time | **3/15/2018 @9:30 AM** |
|---|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ | |
| | (BY) DEPUTY CLERK | |
| CLERK OF COURT JEFFREY P. COLWELL | DATE: | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:17-cv-00025-WYD-KHR**

**VALERIE JEFFERS,
Plaintiff,**

**v.**

**OCWEN LOAN SERVICING, LLC,
Defendant.**

---

### ITEMIZATION OF OTHER COSTS RE: BILL OF COSTS

---

1.) Service of process of subpoena to produce on loanDepot.com, LLC on 6/14/2017: $45.00

2.) Service of process of subpoena to produce on Universal Lending Corporation on 6/19/2017: $45.00

3.) Service of process of subpoena to produce on Colorado Professionals Mortgage, LLC d/b/a Colorado Professionals Mortgage on 6/19/2017: $45.00

4.) Service of process of subpoena to appear and testify at trial on loanDepot.com, LLC on 2/14/2018: $60.00

5.) Service of process of subpoena to appear and testify at trial on Universal Lending Corporation on 2/14/2018: $60.00

Total: $255.00

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 1:17-cv-00025-WYD-KHR

VALERIE JEFFERS,
        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

        Defendant.

---

## AFFIDAVIT OF MATTHEW R. OSBORNE

---

1. My name is Matthew R. Osborne and my business address is 11178 Huron St., Ste 7, Northglenn, CO 80234.

2. I am the attorney for the Plaintiff.

3. I certify that the bill of costs represents our actual costs to the best of my knowledge, and that they were actually and necessarily incurred for this case. I have attached true and correct copies of invoices to substantiate the costs.

4. The printing costs were calculated at a rate of $0.12 per page for 1,477 total pages printed. The printing costs were done in-house, and therefore I do not have any invoices associated with the printing costs.

1

I declare this to be true and correct under penalty of perjury.

Dated: 03/06/18

_____

Matthew R. Osborne

State of Colorado

County of Adams

     Subscribed and sworn to (or affirmed) before me on this 6th day of March, 2018, by

Matthew R. Osborne, proved to me on the basis of satisfactory evidence to be the person who

appeared before me.

My commission expires: 02/09/2020

```
MICHAEL NOBEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164005281
MY COMMISSION EXPIRES 02-09-2020
```

_____

Notary Public

2

**On Time Legal Process Serving LLC**
**3758 E 104th Ave #100**
**Thornton, CO 80233**
**Phone: (303) 993-8093**
**Fax: (303) 254-7986**

## INVOICE

**Invoice #OSW-2017000008**
**1/8/2017**



Michael Nobel - Paralegal
Matthew R. Osborne
10465 Melody Dr Ste 325
Northglenn, CO 80234

**Case Number: for the 1:17-CV-00025**

Plaintiff:
**Valerie Jeffers**

Defendant(s):
**Ocwen Loan Servicing, LLC**

Served: 1/6/2017 2:17 pm
To be served on: Ocwen Loan Servicing, LLC

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$45.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

On Time Legal Process Serving LLC
3758 E 104th Ave #100
Thornton, CO 80233
Phone: (303) 993-8093
Fax: (303) 254-7986

**INVOICE**

Invoice #OSW-2017000683
6/15/2017



Michael Nobel
Matthew R. Osborne, P.C.
10465 Melody Dr. Ste 325
Northglenn, CO 80234

**Case Number: for the 17-CV-000025-WYD-CBS**

**Plaintiff: Valerie Jeffers**
**v.**

**Defendant: Ocwen Loan Servicing, LLC**

Served: 6/14/2017 1:50 pm
To be served on: loanDepot.com, LLC

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:**                                                             **$45.00**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f

On Time Legal Process Serving LLC
3758 E 104th Ave #100
Thornton, CO 80233
Phone: (303) 993-8093
Fax: (303) 254-7986

**INVOICE**

Invoice #OSW-2017000685
6/21/2017



Mike Nobel
Matthew R. Osborne, P.C.
10465 Melody Drive
Suite 325
Northglenn, CO 80234

**Case Number: for the 17-CV-000025-WYD-CBS**

**Plaintiff: Valerie Jeffers**
**v.**

**Defendant: Ocwen Loan Servicing, LLC**

Served: 6/19/2017 2:32 pm
To be served on: Universal Lending Corporation

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:**                                                                                         **$45.00**

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f

On Time Legal Process Serving LLC
3758 E 104th Ave #100
Thornton, CO 80233
Phone: (303) 993-8093
Fax: (303) 254-7986

**INVOICE**

Invoice #OSW-2017000684
6/21/2017



Mike Nobel
Matthew R. Osborne, P.C.
10465 Melody Drive
Suite 325
Northglenn, CO 80234

**Case Number: for the 17-CV-000025-WYD-CBS**

**Plaintiff: Valerie Jeffers**
**v.**

**Defendant: Ocwen Loan Servicing, LLC**

Served: 6/19/2017 2:11 pm
To be served on: Colorado Professionals Mortgage, LLC d/b/a Colorado Professionals Mortgage

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$45.00** |

Please enclose a copy of this invoice with your payment.

Page 1 / 1

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2f

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**
Phone:  **(303) 832-5966**    Fax:  **(303) 832-9525**

| | |
|---|---|
| Job #: | **170616TG** |
| Job Date: | **06/16/17** |
| Order Date: | **06/16/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Valerie Jeffers** |

## Invoice

| | |
|---|---|
| Invoice #: | 145123 |
| Inv.Date: | 07/05/17 |
| Balance: | $0.00 |

**Bill To:**
**Matthew R. Osborne, Esq.**
**Matthew R. Osborne, P.C.**
**2055 South Oneida Street**
**Suite 370**
**Denver, CO 80224**

| | |
|---|---|
| Action: | **Jeffers, Valerie** |
| | VS |
| | **Ocwen Loan Servicing, LLC** |
| Action #: | **17-cv-00025-WYD-CBS** |
| Rep: | **Tiffany Goulding** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) Rule 30(b)(6) Ocwen Loan Servicing | Appearance Fee - Hourly | $93.75 |
| 2 | Flannigan, Kevin | Original Certified Transcript | $427.95 |
| 3 | Flannigan, Kevin | Electronic Transcript Files | $20.00 |
| 4 | Flannigan, Kevin | Exhibeo Paperless Solution - No Charge | $0.00 |
| 5 | Flannigan, Kevin | Original Video Fee | $508.75 |
| 6 | Flannigan, Kevin | Videotape Synchronization | $180.00 |
| 7 | Flannigan, Kevin | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $1,230.45 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $1,230.45 |
| Payment | $1,230.45 |
| **Balance Due** | $0.00 |

Federal Tax I.D.:  **84-0835207**    Terms:  **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
**Matthew R. Osborne, Esq.**
**Matthew R. Osborne, P.C.**
**2055 South Oneida Street**
**Suite 370**
**Denver, CO 80224**

Deliver To:
**Matthew R. Osborne, Esq.**
**Matthew R. Osborne, P.C.**
**2055 South Oneida Street**
**Suite 370**
**Denver, CO 80224**

## Invoice

**Hunter + Geist, Inc.**
**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone:  **(303) 832-5966**
Fax:  **(303) 832-9525**

| | |
|---|---|
| Invoice #: | 145123 |
| Inv.Date: | 07/05/17 |
| Balance: | $0.00 |
| Job #: | 170616TG |
| Job Date: | 06/16/17 |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | Valerie Jeffers |

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 1025**
**Denver, CO 80203**

Phone: **(303) 832-5966**    Fax: **(303) 832-9525**

| | |
|---|---|
| Job #: | **170615TG** |
| Job Date: | **06/15/17** |
| Order Date: | **06/15/17** |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | **Valerie Jeffers** |

## Invoice

| | |
|---|---|
| Invoice #: | 145122 |
| Inv.Date: | 07/05/17 |
| Balance: | $0.00 |

**Bill To:**
Matthew R. Osborne, Esq.
Matthew R. Osborne, P.C.
2055 South Oneida Street
Suite 370
Denver, CO 80224

| | |
|---|---|
| Action: | **Jeffers, Valerie** |
| | VS |
| | **Ocwen Loan Servicing, LLC** |
| Action #: | **17-cv-00025-WYD-CBS** |
| Rep: | **Tiffany Goulding** |
| Cert: | **RPR** |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Valerie Jeffers | Certified Transcript | $82.80 |
| 2 | Valerie Jeffers | Electronic Transcript Files | $20.00 |
| 3 | Valerie Jeffers | Word Index - NO CHARGE | $0.00 |

Comments:

Thank you so much for your business.  We truly appreciate it!

| | |
|---|---|
| Sub Total | $102.80 |
| Shipping | $0.00 |
| Tax | **N/A** |
| **Total Invoice** | $102.80 |
| Payment | $102.80 |
| **Balance Due** | $0.00 |

Federal Tax I.D.:  **84-0835207**    Terms:  **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Matthew R. Osborne, Esq.
Matthew R. Osborne, P.C.
2055 South Oneida Street
Suite 370
Denver, CO 80224

Deliver To:
Matthew R. Osborne, Esq.
Matthew R. Osborne, P.C.
2055 South Oneida Street
Suite 370
Denver, CO 80224

## Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Phone:  **(303) 832-5966**
Fax:  **(303) 832-9525**

| | |
|---|---|
| Invoice #: | 145122 |
| Inv.Date: | 07/05/17 |
| Balance: | $0.00 |
| Job #: | 170615TG |
| Job Date: | 06/15/17 |
| DB Ref.#: | |
| Date of Loss: | **/ /** |
| Your File #: | |
| Your Client: | Valerie Jeffers |

**JAH LEGAL SERVICE, LLC**

14150 E. 100TH Way

Commerce City, CO  80022

720-662-6165

www.jahlegalservice.com

**BILL TO**

Attorney Matthew R. Osborne

The Law Office of Matthew R.
Osborne

11178 Huron St.

Suite 7

Northglenn, CO 80234

| **INVOICE #** | 1022 |
|---:|:---|
| **DATE** | 02/14/2018 |
| **DUE DATE** | 02/14/2018 |
| **TERMS** | Due on receipt |

| ACTIVITY | AMOUNT |
|---|---:|
| Service for LoanDepot.com, LLC | 60.00 |
| Service for Universal Lending Corporation | 60.00 |
| Mileage Reimbursement | 29.76 |

| | BALANCE DUE | **$149.76** |
|---|---|---|

## CERTIFICATE OF SERVICE

I certify that on 3/8/2018, I served a true and correct copy of the foregoing via CM/ECF to the following:

Paul Lopach
Cynthia Lowery-Graber,
Robert Hoffman
Bryan Cave, LLP, Attorneys for Defendant.


s/ Mike Nobel