IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00025-WYD-KHR

**VALERIE JEFFERS,**
**Plaintiff,**

v.

**OCWEN LOAN SERVICING, LLC,**
**Defendant.**

---

**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**

---

Plaintiff, Valerie Jeffers, through her undersigned counsel, acknowledges full satisfaction of that certain Judgment, including all costs and pre- and post-judgment interest, entered on February 23rd, 2018 (amended final judgment entered February 27, 2018) in the United States District Court for the District of Colorado in the above-captioned matter, in favor of the Plaintiff and against Ocwen Loan Servicing, LLC (Doc. # 90 & 91), and hereby authorizes and directs the Clerk of the United States District Court for the District of Colorado to enter of record satisfaction of said Judgment.

DATED this 19th day of June 2018.

                MATTHEW R. OSBORNE, P.C.

                By: *s/ Matthew R. Osborne*
                    Matthew R. Osborne, #40835
                    11178 Huron Street, Suite 7
                    Northglenn, CO 80234
                    (303) 759-7018
                    matt@mrosbornelawpc.com

                *Attorney for Valerie Jeffers*

## CERTIFICATE OF SERVICE

I certify that on 6/19/2018, I served a true and correct copy of the foregoing via CM/ECF to the following:

Paul Lopach
Cynthia Lowery-Graber
Robert Hoffman
Bryan Cave, LLP, Attorneys for Defendant.

s/ Mike Nobel