IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00025-WYD-KHR

VALERIE JEFFERS,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

## **ORDER**

THIS MATTER comes before the Court on the Unopposed Notice of Settlement, Request to Deem Outstanding Motion Moot and Request to Release Supersedeas Bond ("Motion") (ECF No. 113) and the Stipulation to Dismiss Case with Prejudice ("Stipulation") (ECF No. 114). After a careful review of the Motion and the Stipulation, I find good cause to grant the Motion and to approve the Stipulation. Accordingly, it is

ORDERED that Defendant and North American Specialty Insurance, Surety is fully and unconditionally discharged and released from any and all past, present, and future liability with respect to the Supersedeas Bond dated April 10, 2018. (ECF Nos. 106, 107). It is

FURTHER ORDERED that the Clerk of the Court shall release the original bond, and shall contact Defendant's counsel's office to make arrangements for the return of said bond. It is

FURTHER ORDERED that the Stipulation (ECF No. 114) is **APPROVED**. All

claims asserted by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and expenses, including any attorneys' fees.  It is

FURTHER ORDERED that Plaintiff's Motion for Attorney's Fees (ECF No. 94) and Defendant's Motion for a New Trial, Renewed Motion for Judgment as a Matter of Law, and Motion for Constitutional Remittitur (ECF No. 101) are **DENIED as moot** in light of the Motion and Stipulation.  The Clerk of the Court is directed to close the case.

Dated: June 26, 2018.

BY THE COURT:

*s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE